UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
GREGORY W. HORTON,                        )
                                          )
            Petitioner,                   )
                                          )
      v.                                  )     Civil Action No. 08-0548 (PLF)
                                          )
U.S. PAROLE COMMISSION,                   )
                                          )
            Respondent.                   )
_____)

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to show cause [Dkt. No. 15] is DISCHARGED; it is

FURTHER ORDERED that the Petition for a Writ of *Habeas Corpus* [Dkt. No.

1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable

Order. *See* Rule 4(a), Fed. R. App. P.

SO ORDERED.


                              /s/_____
                              PAUL L. FRIEDMAN
DATE: September 21, 2009      United States District Judge